# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED APRIL 5, 2013

## NO. 03-11-00896-CV

**Valerie Thomas Bahar, M.D.; Valerie Thomas Bahar, M.D., P.A.; Shalanda D. Moore, J.D.; and Joseph R. Willie, II, D.D.S., J.D., Appellants**

**v.**

**Lyon Financial Services, Inc., A Minnesota Corporation d/b/a US Bancorp Manifest Funding Services; and Riecke Baumann, Receiver and Master in Chancery, Appellees**

## APPEAL FROM COUNTY COURT AT LAW NO. 1 OF TRAVIS COUNTY
## BEFORE CHIEF JUSTICE JONES, JUSTICES ROSE AND GOODWIN
## DISMISSED -- OPINION BY CHIEF JUSTICE JONES

**THIS DAY** came on to be submitted to this Court appellants' motion to dismiss the appeal in the above cause, and the Court having fully considered said motion, and being of the opinion that same should be granted in part: **IT IS THEREFORE** considered, adjudged and ordered that said motion is granted in part, and that the appeal is dismissed. It is **FURTHER** ordered that the appellant pay all costs relating to this appeal, both in this Court and the court below; and that this decision be certified below for observance.